**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JERMAINE SINGLETON | <br><br><br><br>CRIMINAL ACTION<br>NO. 26-CR-0440-6 |

# ORDER

**AND NOW**, this 29th day of September, 2026, following a conference with counsel for the parties, it is **ORDERED** that:

1. Defendant's Response to the Government's Motion for Revocation of Release Order and Appeal Pursuant to 18 U.S.C. § 3145(a) (Dkt. No. 113) is **due on or before Friday, October 16, 2026.**
2. The Court will conduct a hearing on the Government's Motion on **Wednesday, October 28, 2026, at 10 a.m. in Courtroom 11-A.**

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.