**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 26-440-6 (GJP) |
| | : | |
| | : | |
| JERMAINE SINGLETON | : | |

**ORDER**

**AND NOW**, this _____ day of ________________ 2026, upon consideration of the Unopposed Motion for Extension of Time to File Pretrial Motions of defendant, Jermaine Singleton, it is hereby **ORDERED** that said Motion is **GRANTED.**

The October 12, 2026, deadline for defendant, Jermaine Singleton, to file his pretrial motions, is **VACATED.** A new date by which the defendant will be required to file pretrial motions will be set by future Order.

BY THE COURT:

______________________________________
The Honorable Gerald J. Pappert
District Court Judge
United States District Court
Eastern District of Pennsylvania

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 26-440-6 (GJP) |
| | : | |
| | : | |
| JERMAINE SINGLETON | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS FOR JERMAINE SINGLETON**

Defendant Jermaine Singleton, by his attorney Kathryn C. Cacciamani, hereby petitions the Court to extend the time to file pretrial motions. In support of this Motion, Mr. Singleton states as follows:

1. On September 22, 2026, the indictment charging Jermaine Singleton was unsealed charging him with conspiracy to knowingly and intentionally distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §841(a)(1), (b)(1)(A) and Title 21 U.S.C. §846 (Count 1).

2. Undersigned counsel was formally appointed to represent Mr. Singleton on September 23, 2026. (ECF #95).

3. Mr. Singleton had his initial appearance on September 23, 2026, before the Honorable Magistrate Judge Caroline Goldner Cinquanto.

4. On September 28, 2026, the government filed a motion for pre-trial detention of Mr. Singleton. (ECF #108).

5. On September 29, 2026, a pre-trial detention hearing was held before the Honorable Magistrate Judge Elizabeth Toplin. Judge Toplin denied the government's detention motion and set conditions for the release of Mr. Singleton. Mr. Singleton also was arraigned on

that same date and entered a plea of "not guilty" to all charges. The government requested a stay of 24-hours to consider filing an appeal of the release order. (ECF #113). Magistrate Judge Elizabeth Toplin granted the stay. (ECF #115).

6. This Honorable Court, upon the government's request, stayed the release of Mr. Singleton and ordered him detained until the government's appeal of the release order is heard. (ECF #118).

7. On September 29, 2026, this Honorable Court ordered that the defense response to the government's motion for revocation of release order (ECF #113) is due on or before October 16, 2026, and the Court set a hearing date of October 28, 2026, at 10am. (ECF #121 & ECF #127).

8. At arraignment, Magistrate Judge Toplin prescribed that Mr. Singleton would have fourteen days to file pretrial motions. Thus, Mr. Singleton's pretrial motions are presently due on October 12, 2026.

9. On October 1, 2026, this Honorable Court signed an order finding that this case is "unusual and complex due to the nature of the prosecution, the number of defendants, and the amount of evidence that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act." (ECF #126).

10. Counsel will need additional time to receive the voluminous discovery, review discovery and analyze the issues in the case and draft pretrial motions.

11. Counsel has been provided very limited discovery in this matter to date.

12. Accordingly, Mr. Singleton respectfully requests that this Honorable Court vacate the October 12, 2026, due date for his pretrial motions.

13. AUSA Lauren Stram has authorized the undersigned to state that the government has no objection to the motion to extend the time in which to file pretrial motions.

**WHEREFORE**, defendant Jermaine Singleton respectfully requests that this Court grant this Motion and enter an Order in the form attached.

Respectfully submitted,

/s/*Kathryn C. Cacciamani*

Kathryn C. Cacciamani
Attorney at Law
1800 JFK Blvd., Suite 300
Philadelphia, PA 19103
(215) 771-8876 (phone)
Kccacciamani@hotmail.com
Kccdefense.com
Pennsylvania Bar No. 73300

Dated: October 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2026, I caused a true and correct copy of the foregoing Motion for Extension of Time to File Pretrial Motions, of Defendant Jermaine Singleton, to be served via the Electronic Filing System to the following:

AUSA Christopher Parisi, Esq.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Counsel for the Government

AUSA Lauren Stram, Esq.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Counsel for the Government

/s/*Kathryn C. Cacciamani*
Kathryn C. Cacciamani
Attorney at Law
1800 JFK Blvd., Suite 300
Philadelphia, PA 19103
(215) 771-8876 (phone)
Kccacciamani@hotmail.com
Kccdefense.com
Pennsylvania Bar No. 73300

Dated: October 12, 2026