**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 26-440-6 (GJP) |
| | : | |
| | : | |
| JERMAINE SINGLETON | : | |

**ORDER**

**AND NOW**, this _____ day of ______________ 2026, upon consideration of the Defense Motion for Release Under the Conditions Imposed by the Magistrate Judge, of defendant, Jermaine Singleton, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

_________________________________
The Honorable Gerald J. Pappert
District Court Judge
United States District Court
Eastern District of Pennsylvania

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 26-440-6 (GJP) |
| | : | |
| | : | |
| JERMAINE SINGLETON | : | |

**DEFENSE MOTION FOR RELEASE ON CONDITIONS IMPOSED**
**BY THE MAGISTRATE JUDGE**

Defendant Jermaine Singleton, by his attorney Kathryn C. Cacciamani, hereby petitions the Court for release on the conditions imposed by Magistrate Judge Elizabeth Toplin.

## I. PROCEDURAL HISTORY

On September 22, 2026, the indictment charging Jermaine Singleton was unsealed charging him with conspiracy to knowingly and intentionally distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §841(a)(1), (b)(1)(A) and Title 21 U.S.C. §846 (Count 1). Undersigned counsel was formally appointed to represent Mr. Singleton on September 23, 2026. (ECF #95). Mr. Singleton had his initial appearance on September 23, 2026, before the Honorable Magistrate Judge Caroline Goldner Cinquanto. On September 28, 2026, the government filed a motion for pre-trial detention of Mr. Singleton. (ECF #108).

On September 28, 2026, a pre-trial detention hearing was held before the Honorable Magistrate Judge Elizabeth Toplin. Judge Toplin denied the government's detention motion and set conditions for the release of Mr. Singleton. Mr. Singleton also was arraigned on that same date and entered a plea of "not guilty" to all charges. The government requested a stay of 24-hours to consider filing an appeal of the release order. (ECF #113). Magistrate Judge Elizabeth

Toplin granted the stay. (ECF #115). This Honorable Court, upon the government's request, stayed the release of Mr. Singleton and ordered him detained until the government's appeal of the release order is heard. (ECF #118).

On September 29, 2026, this Honorable Court ordered that the defense response to the government's motion for revocation of release order (ECF #113) is due on or before October 16, 2026, and the Court set a hearing date of October 28, 2026, at 10am. (ECF #121 & ECF #127).

## II. INTRODUCTION

Although, this is a rebuttable presumption of detention case, the pretrial services report indicated that there were a combination of conditions that will reasonably assure Mr. Singleton's appearance and community safety in this case. Pretrial Services recommended Mr. Singleton be released on a $50,000 unsecured bond; that he report to Pretrial Services as directed; refrain from applying for passport[1]; that he is restricted in travel to the Eastern District of Pennsylvania, unless prior permission is granted; surrender and/or refrain from obtaining a firearm and complete a Prohibition on Possession of Firearms Agreement; not possess a dangerous weapon or destructive device; no contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity; maintain present employment; report every contact with law enforcement; and reside at the address of his fiancé, Aliana Morgan.

Magistrate Judge Elizabeth Toplin added to the conditions of release that Mr. Singleton: submit to random drug testing; refrain from excessive alcohol use and refrain from any narcotic drug use or other controlled substance unless prescribed by a licensed medical practitioner; surrender his passport to the Clerk of Court; submit to electronic monitoring at his home address

[1] Mr. Singleton indicated that he does have a passport to undersigned counsel. Undersigned counsel informed AUSA Parisi prior to the detention hearing and was arranging to surrender said passport to the Clerk of Courts.

with Ms. Morgan; and be confined on home detention except being allowed out for his employment with his tow truck company from 7am to 7pm. (ECF # 116).

## III. JURISDICTION AND STANDARD OF REVIEW

Pursuant to 18 U.S.C. §3145(b), this Court has jurisdiction to review the order of release by the Magistrate Judge in this matter. 18 U.S.C. §3145(b).

This Court has *de novo* review of the Magistrate Judge's order and "[i]n most cases the district court will find it useful to consider carefully the decision and reasoning of the magistrate." *United States v. Delker*, 757 F.2d 1390, 1395 (3rd Cir. 1985). *See also*, *United States v. Suppa*, 799 F.2d 115 (3rd Cir. 1986); *United States v. Carbone*, 793 F.2d 559 (3rd Cir. 1986)(rebuttable presumption on drug cases).

## IV. REBUTTABLE PRESUMPTION OF DETENTION

As the indictment in this case charges "an offense for which a maximum term of imprisonment of ten years or more is proscribed in the Controlled Substance Act…" a rebuttable presumption of detention arises. 18 U.S.C. §3142(f)(C). As occurred in this case, the defendant can contest detention through a hearing in front of the Magistrate Judge. Under 18 U.S.C. §3142(e):

> If, after a hearing pursuant to the provisions of subsection (f) of this section, the judicial officer finds that no condition or combination of conditions will reasonably assure the apperance of the person as required and the safety of any other person and the community, such judicial officer shall order the detention of the person before trial.
>
> 18 U.S.C. §3142(e).

During the detention hearing "…in determining whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community…" the court will assess:

> (1) the nature and circumstance of the offense charged…
> (2) the weight of the evidence against the person;
> (3) the history and characteristics of the person, including—
> (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history and record concerning appearance at court proceeding; and
> (B) whether, at the time of the current offense or arrest, the person was on probation, on parole…
> (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release…
>
> 18 U.S.C. §3142(g).

If the Magistrate Judge finds, as was found in this case, the presumption has been rebutted as there are conditions or a combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community is thus satified, then the person should be released.

## V. <u>ARGUMENT</u>

At the detention hearing evidence was presented through the Pretrial Services report that he is 52-years old and he was born in Philadelphia, Pennsylvania. Although he has only been residing at his current address for a short period of time, he has been a life long resident of Philadelphia. He also has strong family ties to the Philadelphia area as well as strong family support. In attendance at the detention hearing were his fiancé, one of his sisters, one of daughters and his oldest niece. When undersigned counsel reviewed the Pretrial Services report with Mr. Singleton, he immediately corrected the error in the report that he did not have a passport. He indicated to undersigned counsel that he did have a passport and that it was at his residence and could be turned over to the Court. This indicates a lack of interest in fleeing from the charges in this case.

Mr. Singleton also provided to the Magistrate Judge his paperwork for his tow truck business that he operates with Richard Brockington. (Exhibit A). The government noted that the address on Woodland Avenue is a vacant lot. Mr. Singleton indicates that the address is a vacant lot and it is where the business kept their tow trucks at it's inception, but they have since moved to the Hazelhurst Street address of Mr. Brockington. The government is correct that the corporate paperwork indicates a "Hazelnut Street" address for Mr. Brockington, however the IRS paperwork and the titles to the tow truck vehicles indicate a "Hazelhurst Street" address on them, indicating there was no intent to conceal the Hazelhurst address.

Undersigned counsel is unaware of the criminal record of Mr. Brockington beyond what has been written in the government's motion to this Court, (ECF #113) however if the Court determines that Mr. Brockington falls under the prohibition of release of "no contact with…individuals engaged in any criminal activity[,]" Mr. Singleton will sever his business ties with Mr. Brockington.

Regarding Mr. Singleton's criminal history, the Pretrial Services report indicates a federal conviction with an arrest date of November 7, 2022, when he was 28-years old. He received a final sentence on that matter of 240 months incarceration and 4 years of supervised release. He was released from custody on May 10, 2022. He concluded his supervised release on May 11, 2026. The government notes that some of the offense conduct in the current case occurred during the time on supervised release for the previous federal offense, two months prior to the expiration of Mr. Singleton's supervised release term (ECF # 113 at 4). The Pretrial Services report indicates "no violation accrued" during his term of supervised release for the previous federal offense.

Although undersigned counsel has not yet received any full documentation of Mr. Singleton's full arrest and conviction history, the government has opined that "his arrests and convictions do not reveal firearms or violence…" (ECF #113 at 5).

At the detention hearing Judge Toplin asked Ms. Morgan if there were any firearms in her home, and someone(s) present answered that there were not. After the hearing, the government located a record for a firearm legally purchased by Ms. Morgan. The FBI confiscated the firearm the day following the detention hearing.

As undersigned counsel has not received discovery in this matter, she has been unable to fully counter the government's arguments in its motion. The government posits that Mr. Singleton "agreed" to drive a truck for a Mexican drug cartel, but no evidence of that has been provided to the defense. There are allegations in the government's motion that Mr. Singelton was using his tow truck business to transport illegal drugs, however the evidence of that has not been provided to the defense.

Photographic evidence was provided by the defense at the detention hearing that Ms. Morgan operates a hair dressing business out of the home she shares with Mr. Singleton. (Exhibit A).

Mr. Singleton is a lifelong resident of Philadelphia with substantial familial ties to the area, with means of employment who voluntarily pointed out the error in the Pretrial Services report of having no passport, and who seemingly has no history of firearm possession or violent offenses in his criminal record. He also possesses a Commercial Driver's License (CDL). There exists a combination of conditions that will reasonably assure his appearance as required and assure the safety of the community.

As Mr. Singleton has rebutted the presumption of detention in this case, it is respectfully requested that he be released on the conditions ordered by Magistrate Judge Toplin.

**WHEREFORE**, defendant Jermaine Singleton respectfully requests that this Court grant this Motion and enter an Order in the form attached.

Respectfully submitted,

/s/*Kathryn C. Cacciamani*
Kathryn C. Cacciamani
Attorney at Law
1800 JFK Blvd., Suite 300
Philadelphia, PA 19103
(215) 771-8876 (phone)
Kccacciamani@hotmail.com
Kccdefense.com
Pennsylvania Bar No. 73300

Dated: October 16, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I caused a true and correct copy of the foregoing Motion for Release on Conditions Imposed by the Magistrate Judge, of Defendant Jermaine Singleton, to be served via the Electronic Filing System to the following:

AUSA Christopher Parisi, Esq.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Counsel for the Government

AUSA Lauren Stram, Esq.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Counsel for the Government

/s/*Kathryn C. Cacciamani*
Kathryn C. Cacciamani
Attorney at Law
1800 JFK Blvd., Suite 300
Philadelphia, PA 19103
(215) 771-8876 (phone)
Kccacciamani@hotmail.com
Kccdefense.com
Pennsylvania Bar No. 73300

Dated: October 16, 2026

# EXHIBIT A

# LIMITED LIABILITY COMPANY OPERATING AGREEMENT OF OPERATION GET YOURS TOWING & HAULING LLLP

This Multi-Member Limited Liability Limited Partnership Operating Agreement ("Agreement") represents Operation Get Yours Towing and Hauling LLLP that was formed in the State of Pennsylvania on January 30, 2024 ("Company").

The following represents the initial **2 Member(s)** of the Company and their respective ownership interest:

**Richard D. Brockington**, of [redacted], and has 50% ownership in the Company and,

**Jermaine Singleton**, of [redacted], and has 50% ownership in the Company.

("Member(s)")

WHEREAS the Member(s) desire to create a limited liability company under the laws of the State of Pennsylvania and set forth the terms herein of the Company's operation and the relationship between the Member(s).

THEREFORE, in consideration of the mutual covenants set forth herein and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Member(s) and the Company agree as follows:

## 1. Name and Principal Place of Business.

The name of the Company is Operation Get Yours Towing and Hauling LLLP with a principal place of business at [redacted] The mailing address shall be the same address as the principal place of business.

## 2. Registered Agent.

The name of the Registered Agent is Richard D. Brockington with a registered office located at [redacted] for the service of process as of January 30, 2024 ("Registered Agent"). The Registered Agent may change at any time by the Company filing an amendment with the Secretary of State, or respective office, in the State of Pennsylvania.

## 3. Formation.

Operation Get Yours Towing and Hauling LLLP was formed on January 30, 2024, when the Member(s) filed the Articles of Organization with the office of the Secretary of State pursuant to the statutes governing limited liability companies in the State of Pennsylvania (the "Statutes").

## 4. Purpose.

The purpose of the Operation Get Yours Towing and Hauling LLLP is to engage in and conduct any and all lawful businesses, activities or functions, and to carry on any other lawful activities in connection with or incidental to the foregoing, as the Member(s) in their discretion shall determine.

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 11-11-2022

Employer Identification Number:
[redacted]

Form: SS-4

Number of this notice: CP 575 G

OGY LLC
JERMAINE SINGLETON SOLE MBR
[redacted]

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

[redacted] for applying for an Employer Identification Number (EIN). We assigned you EIN [redacted]. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is OGYL. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

Keep this part for your records. CP 575 G (Rev. 7-2007

---

Return this part with any correspondence so we may identify your account. Please correct any errors in your name or address.

CP 575 G

9999999999

Your Telephone Number ( ) -

Best Time to Call

DATE OF THIS NOTICE: 11-11-2022
EMPLOYER IDENTIFICATION NUMBER: [redacted]
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

OGY LLC
JERMAINE SINGLETON SOLE MBR
[redacted]

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 01-31-2024

Employer Identification Number:
[redacted]

Form: SS-4

Number of this notice: CP 575 B

OPERATION GET YOURS TOWING AND
HAULING LLLP
RICHARD BROCKINGTON GEN PTR
[redacted]

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN [redacted]. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

| | |
|---|---|
| Form 1065 | 03/15/2025 |

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

(IRS USE ONLY) 575B 01-31-2024 OPER B 9999999999 SS-4

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is OPER. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

Keep this part for your records. CP 575 B (Rev. 7-2007)

---

Return this part with any correspondence so we may identify your account. Please correct any errors in your name or address.

CP 575 B

9999999999

Your Telephone Number ( ) -

Best Time to Call

DATE OF THIS NOTICE: 01-31-2024
EMPLOYER IDENTIFICATION NUMBER: [redacted]
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

OPERATION GET YOURS TOWING AND
HAULING LLLP
RICHARD BROCKINGTON GEN PTR
[redacted]

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL: DIESEL

,013

1629427022024-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| 1GBKC34F3WJ108698 | 1998 | CHEVROLET | 87191397001 OP |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| | D | | VA | 5/08/24 | 256457 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 5/08/24 | 5/08/24 | 4,295 | 9,000 | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
O = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

OPERATIONS,GET YOURS
TOWING AND HAULING LLLP
[redacted]

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ______________ DATE

BY ______________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ______________ DATE

BY ______________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

OPERATIONS,GET YOURS
TOWING AND HAULING LLLP
[redacted]

pennsylvania
DEPARTMENT OF TRANSPORTATION

MICHAEL B. CARROLL

I certify, as of the date of issue, the official records of the Pennsylvania Department

NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL: DIESEL

...,012

0412934270111880-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| JNAMB80H65AH50090 | 2005 | NISSAN | 87189606301 OP |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| TK | 0 | | VA | 5/08/24 | EXEMPT | 4 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 5/08/24 | 5/08/24 | 7,065 | 26,001 | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

ODOMETER DISCLOSURE EXEMPT BY FEDERAL LAW

REGISTERED OWNER(S)

OPERATION, GET YOURS
TOWING AND HAULING LLLP
[redacted]

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

OPERATION, GET YOURS
TOWING AND HAULING LLLP
[redacted]

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department

MICHAEL B. CARROLL


OGY Towing Service
24 Hour Service
JAB (We Buy Junk Cars)
215-909-2307

OGY

PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

January 30, 2024

Operation Get Yours Towing and Hauling LLLP
OGY TOWING
[redacted]

| | |
|---|---|
| Entity Name: | Operation Get Yours Towing and Hauling LLLP |
| Entity File Date: | January 30, 2024 |
| Entity Number: | [redacted] |
| Filing Type: | Domestic Limited Partnership (LP/LLLP) |

The Bureau of Corporations and Charitable Organizations is happy to send your filed document. The Bureau is here to serve you and we would like to thank you for doing business in Pennsylvania.

Thank you for registering with the Department of State to do business in Pennsylvania. Like many other businesses, you may have employees, sell taxable products, or provide a taxable service to consumers in Pennsylvania. Please visit www.pa100.state.pa.us to register for business taxes with the Department of Revenue and the Department of Labor and Industry. You may also visit www.Business.pa.gov to find resources for businesses through all stages of development.

Beginning in 2025, annual reports are required for all domestic filing entities, limited liability general partnerships and registered foreign associations. More information will be forthcoming from the Bureau. However, to ensure that you receive notice of how and when to make annual reports, keep all information on file with the Bureau up-to-date, particularly registered office address.

Sent from OGY

# 711 COPY & PRINTING INK-2, LLC

711 SOUTH 52ND STREET - PHILADELPHIA, PA 19143
215.472.7778 - FAX: 215.472.1222
Email: customercp7@gmail.com

Since 1990

WE KNOW HOW TO
**SERVE IT UP!**

**Graphic Design**

Stationery, Programs, Brochures, **Obituaries**, **Invitations**, Lamination, Notary
**Event Tickets**, **Fish Fry Tickets**, **Raffle Tickets**, Ad Books/Souvenir Journals, **Flyers**, Resumes, Letters Typed
**Business Cards**, Numbering, **Menus**, **Faxing**, Perfect Binding, Picture Blow-ups, Prints from Emails
**Tow and Business Forms**, Membership Cards, **Banquet Tickets**, Book Markers, **Calendars**, **Posters** (Various sizes), **BANNERS**

NAME: OGY Towing Service Date: 7-24 2023
ADDRESS: JAB Phone [redacted]

| QTY. | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|
| 100 | Color Business Card | 50.00 |
| 1 | Rm 3part NCR. | 135.00 |
| | Pd in full | ~~185.00~~ 185.00 |

Credit/Debit Card ☐ Non-profit ☐

**OPEN: MON. - FRI. - 9AM-5PM**

*There is A 25% Additional Charge on All Balances Not Paid Within 5-Days After Job is completed.

**NO CASH REFUNDS**

8% TAX:
SUB-TOTAL:
*50% DEPOSIT:
PAID IN FULL:
BALANCE DUE:




Bread
Hope
QUEEN

