**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JERMAINE SINGLETON | CRIMINAL ACTION<br>NO. 26-440-6 |

**ORDER**

**AND NOW**, this 30th day of October 2026, upon consideration of the Government's Motion for Revocation of Release and Appeal, (Dkt. No. 113), Singleton's Motion for Release on Conditions Imposed, (Dkt. No. 132),[1] and after hearing oral argument, (Dkt. No. 136), it is **ORDERED** that the Government's motion is **GRANTED**. Jermaine Singleton will remain detained pending trial.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

[1] While styled as a "motion," Singleton's filing is really a response, and the Clerk of Court should remove the gavel from Dkt. No. 132.